Angok Agoth Atem

10229 N. 12th Ave.

PHX, AZ 85021

602-626-5371

X FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 0 8 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In the United States District Court
for the District of Arizona

Angok Agoth Atem

CV-16-00353-PHX-JZB

V.

- City of Phoenix Police Dept
- Periodontal Dental Specialists
- Government of South Sudan &
  its agents

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __L.RCiv P 5.4__
(Rule Number/Section)

My name Anyok Agoth Atem, & am a naturalized United States and a national of South Sudan. I Arrived in Phoenix, Arizona on April 24th, 2001, and had lived from that time until August 24th, 2010, when I relocated to Silver Spring, Maryland.

- Lived in Maryland with a cousin named Angelos Dhal Agok, together with his family until I left for South Sudan on Jan. 11th 2011, lived in South Sudan until Dec. 23rd, 2015 when & Returned to Phoenix.

During my 10-year stay in Arizona, & had worked and went to school until & graduated in May 2010 with a Bachelors in Potitical Science at ASU, Tempe. All through & had conducted myself responsibly, and mostly participate Community activities, and never threaten to kill anybody nor commit any terrorist related crimes. However, on the evening of July 22nd, 2009, & and two other friends, were attacked, arrested and booked in Maricopa county jail, only to be told later that there were substantial charges against us by the city, and the case was dropped, and legal settlement was reached outside the court in which & had received a check of $75,000 US dollars only as Release for damage + injuries suffered.

As if that was not enough, the worst thing yet happened when I was blackmailed in what is a a classical case of political conspiracy when I advice to have dental surgery at Periodontal Specialists in which a spy gadgets was secretly recommended to be inserted in my head that has receptors for Intrigation.

- Funny still, the monetary reward for which we were paid with by the City of Phoenix, through the attorneys that represented us during the negotiation for settlement was sent by South Sudan governtal agency, Then known as Special Branch (SB).

- As a matter worst case, I was recommended into South Sudan Military service, upon arriving in South Sudan after having roled for its referendum in Virginia 2010, and did Joint South Sudan Armed Service on Feb. 22nd, 2011, and had since been working there until the Summer of 2015, where I was being falsely accussed by some Quarters that I was wanted in Arizona to answer Some legal charges against me about rape, and that I was there with a CIA/FBI recording device in my head, which led to my suspension from work, which necessitated my return to Phoenix to face both U.S. and foreign accusers

now, in light of both psychological, physical, emotional, and character assination to which I and my family members have been subjected to for a pretty long time now knowing my crimes, and considering the gravity and injustice done to my person in deforming me physically and spiritually through series of highly co-ordinated intelligent activities by both countries, I therefore, believe that my fundamental civil rights have been violated time and again, and lodged this Complaint with the United States District Court, not only for legal redress but carry out more investigations on the listed parties, and other unamed agencies including South Sudan Government and certain personalities in both countries.

I'm prepared to face my tormentors in the court of law.

Respectfully Submitted on Feb. 8th, 2016

Signed _____

Angok Agoth Akм